# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY LEON WEBSTER**                                                                                                    **PLAINTIFF**
**ADC #114018**

V.                                    Case No. 3:22-cv-00052-LPR

**KAYLEN SUZANNE LEWIS,**
**Associate Attorney,** *et al.*                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE